United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD SWEAT, *and* MARIE GARZA SWEAT, *individually and on behalf of a class of similarly situated individuals*, | § | |
| Plaintiffs, | § | Civil Action No. 4:24-775 |
| v. | § | |
| HOUSTON METHODIST HOSPITAL, | § | |
| Defendants. | § | |

ORDER

Pending before the Court is Defendant's Motion to Dismiss (Document No. 4). Having considered the motions, submissions, and applicable law, the Court determines that the Defendant's motion to dismiss should be denied as moot.

This case arises out of alleged mishandling of confidential information including personal medical information. Plaintiff Edward Sweat and Plaintiff Marie Sweat (collectively, the "Plaintiffs") contends that Defendant Houston Methodist Hospital ("Methodist") utilized tracking systems on its website. As a result, the Plaintiff's contend Methodist allowed confidential information to be transmitted to and tracked by entities such as Facebook and Google. On December 15, 2022, the Plaintiffs filed suit in Harris County District Court for the 157th Judicial District

against Methodist asserting claims individually and for similarly situated individuals for: (1) invasion of privacy; (2) violations of the Electronic Community Privacy Act ("ECPA"); (3) breach of implied contract; and (4) unjust enrichment. On March 4, 2024, Methodist removed the case to this Court, asserting federal question jurisdiction. On March 11, 2024, Methodist filed a motion to dismiss the case. On March 29, 2024, the Plaintiffs filed their first amended complaint. Consequently, the motion to dismiss the original complaint no longer addresses the operative complaint. Therefore, the motion to dismiss the original complaint is moot. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Dismiss (Document No. 4) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this 2 day of April, 2024.

DAVID HITTNER
United States District Judge