United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EDWARD SWEAT, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-24-775 |
| HOUSTON METHODIST HOSPITAL, | § | |
| Defendant. | § | |

**ORDER**

The court grants the defendant's request to bifurcate discovery between the threshold issue of liability and class discovery, for the reasons stated in detail on the record at the pre-motion conference on February 19, 2025. The deadline to complete the first period of discovery is April 29, 2025. Houston Methodist Hospital will file its motion for summary judgment by May 2, 2025. The response to the motion for summary judgment is due on May 23, 2025, and the reply is due May 30, 2025.

SIGNED on February 19, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge