United States District Court
Southern District of Texas

**ENTERED**

September 22, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| EDWARD SWEAT, *et al.*, individually and on behalf of a class of similarly situated individuals, | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-24-775 |
| v. | § § | |
| HOUSTON METHODIST HOSPITAL, | § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion entered on September 22, 2025, this civil action is dismissed with prejudice.  This is a final judgment.

SIGNED on September 22, 2025, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge